# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STEVEN AUDETTE**
REG #47584-074                                                                                    **PLAINTIFF**

v.                          CASE NO: 4:25-CV-01134-BSM

USA, *et al.*                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE